**Order entered December 7, 2015**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-15-00078-CR

**JUSTIN COLE DRYMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 12CL-0355**

## ORDER

Before the Court is the State's October 27, 2015 motion to extend the time for filing the State's brief and to supplement the record on appeal. We **GRANT** the motion to extend the time for filing the State's brief. The State's brief tendered to the Court along with the motion is ordered filed as of the date of this order. We **DENY** the motion to supplement the record.

/s/     ADA BROWN
          JUSTICE